United States District Court
Southern District of Texas
**ENTERED**
July 07, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SHAYLA ANDERSON and ROBERT EDWARDS, | § § § § | |
| Plaintiffs. | § § | CIVIL ACTION NO. 4:21-cv-02511 |
| VS. | § § | |
| SUNRIDGE MANAGEMENT GROUP, INC., *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On June 15, 2022, the Court referred Defendants' Motion to Dismiss First Amended Complaint (Dkt. 16) to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 19. On June 21, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Court deny Defendants' Motion to Dismiss First Amended Complaint. *See* Dkt. 22.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss First Amended Complaint (Dkt. 16) is **DENIED**.

It is so **ORDERED**.

SIGNED this 7th day of July 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE